WILLIAM K. LOCKWOOD, and DAVID STRADLEY, THOMAS CANDY STRADLEY, SALLY STRADLEY, WILLIAM CANDY COLLINS, THOMAS COLLINS, JR., SALLY COLLINS, BENJAMIN COLLINS, SOPHIA COLLINS, JR., MARY ANN COLLINS, ALEXANDER COLLINS, ELIZA WALKER, SUSAN WALKER, AMELIA WALKER, JAMES WALKER, WILLIAM WALKER ROBINSON, JR., Infants under the age of twenty-one years, by WILLIAM K. LOCKWOOD, their next friend, v. SUSANNA STRADLEY, THOMAS COLLINS and SOPHIA, his Wife, ROBINSON WALKER and ANN, his Wife, and SARAH C. BROWN, an Infant.

Court of Chancery. Kent. August, 1825.

*Ridgely's Notebook IV, 703.*

[For this case, see 1 Del.Ch. 298.]

JOHN BURROWS et al. v. BOAZ BURROWS et al.

Court of Chancery. Kent. August, 1825.

*Ridgely's Notebook IV, 711.*

SUSSANAH SHIELDS and MARTHA SHIELDS v. HANNAH CREIGHTON and JESSE HARRY, and Wife.

Court of Chancery. New Castle. August, 1825.

*Ridgely's Notebook IV, 724.*